# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-041-373

**Effective date of
registration:**

September 20, 2010

---

## Title

**Title of Work:** BRIAN HARNESS PHOTOGRAPHY COLLECTION 2010 VOL. III

## Completion/Publication

**Year of Completion:** 2010

## Author

- **Author:** Randall Brian Harness
  **Author Created:** photograph(s)

  **Work made for hire:** No
  **Citizen of:** United States        **Domiciled in:** United States
  **Year Born:** 1958

## Copyright claimant

**Copyright Claimant:** Randall Brian Harness

112 N Bailey Ave, Apt B, Fort Worth, TX, 76107, United States

## Certification

**Name:** Brian Harness
**Date:** September 20, 2010

# EXHIBIT B

# ASSIGNMENT OF COPYRIGHT

AGREEMENT made effective on October 1, 2020 by and between **Randall Brian Harness**, an individual (the "Assignor"), whose address is 2908 Windstone Court, Bedford, Texas 76021 and **Carmel Capital LLC**, a Texas Limited Liability Company (the "Assignee"), whose address is 2908 Windstone Court, Bedford, Texas 76021.

**WHEREAS**, Assignor is the owner of all right, title and interest in and to the following copyrighted works (the "Works") which are registered with the United States Copyright Office herein described:

1. Title of Work: *Brian Harness Photography Collection 2010 Vol. III*
Limited to the following photographs: *DeanFoods0485, DeanFoods0544, Unum0888, Unum0895, Unum0906, Unum0912, Unum0918, Unum1076 & Unum1159*
Registration Number: *VAu 1-041-373*

**WHEREAS**, Assignee desires to obtain all right, title and interest in, to and under the Works, including the copyright therein.

**NOW, THEREFORE**, Assignor, for and in consideration of the sum of One Hundred and no/100 Dollars ($100.00) in hand, and other good and valuable consideration paid, the receipt and sufficiency of which are hereby acknowledged, does hereby sell, assign, transfer and set over unto Assignee in perpetuity, exclusively and irrevocably, free and clear of any lien(s) or obligation, and Assignee hereby accepts, the entire right (whether now know or hereinafter devised or created), title and legal and equitable interests in and to the Work, including without limitation the copyright therein together with the goodwill of the copyright, the right to register such copyright and obtain any renewals or extensions thereof, and together with all rights to sue and recover for any past, present and future infringements of any such rights, including but not limited to any infringement or unauthorized use of the Works which may have occurred before the date of this Agreement, during the formation of the Agreement, and/or after it, the same to be held and enjoyed by Assignee for its own use and behalf and for its successors and assigns.

Assignor further agrees that, on request and without further consideration (but at the expense of the Assignee), Assignor will execute all applications, make all rightful oaths, and generally do everything necessary to aid the Assignee, its successors, assigns and nominees, to obtain and enforce proper protection for the Work in the United States and all countries foreign thereto, and to vest the entire right, title and interest in and to the Work in the Assignee.

IN WITNESS WHEREOF, this instrument is executed to be effective as of the first date written above.

Assignor:

_Randall Brian Harness_

**Randall Brian Harness**

Assignee:

_Randall Brian Harness_

**Carmel Capital LLC**
**By Randall Brian Harness as Authorized by**
**Harness Land Services LLC,**
**the Manager for Carmel Capital LLC**

INDIVIDUAL ACKNOWLEDGMENT

STATE OF TEXAS

COUNTY OF TARRANT

This instrument was acknowledged before me on the ___1st___ day of October 2020 by Randall Brian Harness.



Notary Public in and for the County of Tarrant
State of Texas

My Commission Expires: 8 ·31· 2023


CORPORATION ACKNOWLEDGMENT

STATE OF TEXAS

COUNTY OF TARRANT

This instrument was acknowledged before me on the ___1st___ day of October 2020 by Carmel Capital LLC, by Randall Brian Harness, Manager.



Notary Public in and for the County of Tarrant
State of Texas

My Commission Expires:

8 21 2023

# EXHIBIT C

ONS JL L

HOME

LEADERSHIP

SERVICES

PROJECTS

CONTACT

# Strategic Real Estate and Project Management Consulting Services

- ➔ Design
- ➔ Construction
- ➔ Real Estate
- ➔ Property Management
- ➔ Furnishings/Fit Out
- ➔ Relocation Coordination

# Serving

- ➔ Corporations
- ➔ PK-12 Education
- ➔ Law Firms
- ➔ Financial Instituti

➔ Condominium Associations

➔ Commercial Property Owners

➔ Non-Profit Associations

EXPLORE MORE →

# LEADERS



LAURA FISHER, FAIA, NCARB, LEED AP
has more than 35 years of diverse experience

Case: 1:20-cv-06343 Document #: 1-1 Filed: 10/26/20 Page 10 of 16 PageID #:18

worldwide representing owners in strategic real estate planning, project management, leasing, design, construction, furnishing and property management. She aligns with organizations collaboratively defining the requirements that reflect their culture and objectives. Laura builds client confidence through listening and addressing direct and indirect needs,

Case: 1:20-cv-06343 Document #: 1-1 Filed: 10/26/20 Page 11 of 16 PageID #:19

resulting in long term strategic relationships. Laura's client-focused approach has delivered projects for multi-national corporations, international law firms, financial institutions, condominium associations, non-profits, PK-12 educational entities and commercial property owners.

## Credentials

Licensed Architect — Illinois, New York, Texas, NCARB

Licensed Interior Designer — Texas

Managing Real Estate Broker — Illinois

LEED Accredited Professional

## Education

University of Chicago, MBA Finance Concentration

Virginia Tech, Bachelor of Architecture

## Associations

AIA (American Institute of Architects)

CREW (Commercial Women in Real Estate)

Case: 1:20-cv-06343 Document #: 1-1 Filed: 10/26/20 Page 13 of 16 PageID #:21

# SERVICES

- Strategic Real Estate Planning
- Site Selection Analysis
- Real Estate Contract Negotiations
- Development and Management (Programs, Budgets, Schedules)
- Selection and Management of Consultants (Design, Engineering, Construction)
- Vendor Management
- Relocation Coordination
- Property Management, Building Operations Consulting, Report Creation Documentation
- Furniture Selection & Coordination/Fit Out
- Integration: Management Team Planning with Real Estate Portfolio
- Life Safety/Building Envelope Project Coordination

# PROJECTS

## SIGNIFICANT PROJECTS

❯ Illinois Center Redevelopment

❯ Chicago International Charter School, Multiple Projects

❯ Dean Foods, 300,000 SF

❯ Kirkland & Ellis, Furnishing, 650,000 SF

❯ 1255 N State Parkway Condo Association, Multiple Projects

❯ St. Chrysostom's Day School, Flood Restoration

❯ Hyatt Corporation/Pritzker Realty Group, 300,000 SF

❯ Walt Disney Companies, 81,000 SF

## ORGANIZATIONS

❯ McDonald's Corporation, Sr. Director, Corporate Real Estate

❯ Bankers Trust/Deutsche Bank, VP, Corporate Real Estate

❯ Salomon Brothers, Mgr., Leasing/Facilities

❯ Allied Bancshares/Wells Fargo, VP, Facilities

Case: 1:20-cv-06343 Document #: 1-1 Filed: 10/26/20 Page 15 of 16 PageID #:23

➡ Texas Commerce/J.P. Morgan Chase, AVP, Properties Development



# CONTACT

**IPM Consulting Ltd.**
**Six East Scott Street, #2**
**Chicago, IL 60610**

**312-859-3030**

**EMAIL Laura Fisher**

**DOWNLOAD Laura Fisher Bio**

Case: 1:20-cv-06343 Document #: 1-1 Filed: 10/26/20 Page 16 of 16 PageID #:24

Case: 1:20-cv-06343 Document #: 1-1 Filed: 10/26/20 Page 16 of 16 PageID #:24